IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                           RESPONDENT

v.                                    No. 1:13-cr-10020

COURTNEY D. BRADLEY                                                     MOVANT

### ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 46. The Court has reviewed the Motion and finds Movant should be appointed Counsel and the Government should respond.

**IT IS HEREBY ORDERED** the Federal Public Defender, Bruce D. Eddy, is hereby appointed to represent Movant with respect to any claim in the pending Motion to Vacate under 28 U.S.C. § 2255 based upon *Johnson vs. United States of America*. The appointment is limited to *Johnson* claims. Mr. Eddy is directed to supplement Movant's Motion to Vacate with in thirty (30) days of the date of this order.

**FURTHER, IT IS ORDERED** the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion and any Supplement within sixty (60) days of the date of this Order.

**ENTERED** this **22nd day of June 2016.**

          /s/ Barry A. Bryant
    HON. BARRY A. BRYANT
    UNITED STATES MAGISTRATE JUDGE