AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **COURTNEY D. BRADLEY** | Case No.   1:13CR10020-01 |
| | USM No.   11904-010 |
| | Jessica Yarbrough |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations   1, 3, 4, 5, 8, 9, 10, and 11   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition – Controlled Substance Use | 12/01/2022 |
| Three | Mandatory Condition – Controlled Substance Use | 04/12/2023 |
| Four | Mandatory Condition – Controlled Substance Use | 05/11/2023 |
| Five | Mandatory Condition – Controlled Substance Use | 06/07/2023 |
| Eight | Mandatory Condition – Controlled Substance Use | 07/112023 |
| Nine | Mandatory Condition – Controlled Substance Use | 08/11/2023 |

The defendant is sentenced as provided in page 3 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated   violations 2, 6, and 7   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   0003

Defendant's Year of Birth:   1981

City and State of Defendant's Residence:
El Dorado, Arkansas

02/09/2024
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

February 12, 2024
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: COURTNEY D. BRADLEY
CASE NUMBER: 1:13CR10020-01

## ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
|---|---|---|
| Ten | Mandatory Condition – Controlled Substance Use | 09/06/2023 |
| Eleven | Special Condition #2 – Fail to Comply with Substance Abuse Treatment | 09/15/2023 |

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: COURTNEY D. BRADLEY
CASE NUMBER: 1:13CR10020-01

# IMPRISONMENT

term of : The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total **Thirteen (13) months with credit for time served in federal custody. No term of supervised release to follow imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☒ before 2 p.m. on   March 20, 2024.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL